MOSES & SINGER LLP
Philippe A. Zimmerman, Esq. (PZ 7744)
Andrew P. Lederman, Esq. (AL 4108)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: (212) 554-7800
Fax: (212) 5540-7700

Attorneys for Appellant, *La Compagnie Fonciere Parisienne*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :   Chapter 11
COUDERT BROTHERS LLP,                                         :
                                                              :   Case No. 06-12226 (RDD)
                                              Debtor.         :
------------------------------------------------------------- x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a) and in accordance with Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, Appellant, La Compagnie Fonciere Parisienne hereby appeals from the following Order entered in this case:

1.      The Order entered by the United States Bankruptcy Court for the Southern District of New York on August 27, 2008 (Docket No. 878) confirming First Amended Plan of Liquidation of Coudert Brothers LLP, dated May 9, 2008 (as modified), under Chapter 11 of the Bankruptcy Code and Granting Related Relief.

The parties to the Order appealed from and the name, addresses and telephone numbers of their attorneys are set forth below:

714638

Attorneys for the Appellee-Debtor, *Coudert Brothers LLP:*

Tracy L. Klestadt, Esq.
John E. Jureller, Jr., Esq.
Sean C. Southard, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017
Phone: (212) 972-3000
Fax: (212) 972-2245


Attorneys for Appellant, *La Compagnie Fonciere Parisienne:*

Philippe Zimmerman, Esq.
Andrew P. Lederman, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Phone: (212) 554-7800
Fax: (212) 5540-7700

Dated: New York, New York
       September 5, 2008

                      Respectfully submitted,
                      MOSES & SINGER LLP

                      By:   /s/ Philippe A. Zimmerman
                          Philippe A. Zimmerman (PZ 7744)
                          Andrew P. Lederman (AL 4108)
                      The Chrysler Building
                      405 Lexington Avenue
                      New York, NY  10174
                      Phone: (212) 554-7800
                      Fax: (212) 5540-7700

                      Attorneys for Appellant, *La Compagnie Fonciere Parisienne*